

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

## TWELFTH COURT OF APPEALS

CLERK
PAM ESTES

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/22/2015 4:01:14 PM
PAM ESTES
Clerk

September 18, 2015

Ms. Mary Margaret Wright
County Clerk
Courthouse
P. O. Box 632
Athens, TX 75751
* DELIVERED VIA E-MAIL *

RE:     Case Number:                    12-14-00244-CV
        Trial Court Case Number:        28-2014

Style:  In the Matter of the Estate of Thelma Pauline Taylor Erwin, Deceased

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
     Katrina McClenny, Chief Deputy Clerk

CC:  Mr. Lawrence L. Beason (DELIVERED VIA E-MAIL)
     Mr. Steven W. Stark (DELIVERED VIA E-MAIL)

Mandate executed on 22nd day of September, 2015.

Brief explanation of action taken: Mandate filed for record.

_____ District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties
www.12thcoa.courts.state.tx.us

# THE STATE OF TEXAS
# M A N D A T E

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TO THE COUNTY COURT OF HENDERSON COUNTY, GREETING:

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 8th day of July, 2015, the cause upon appeal to revise or reverse your judgment between

## IN THE MATTER OF THE ESTATE OF
## THELMA PAULINE TAYLOR ERWIN, DECEASED

## NO. 12-14-00244-CV; Trial Court No. 28-2014

By *per curiam* opinion.

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed for want of prosecution.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 18th day of September, 2015.

PAM ESTES, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk



# Court of Appeals
# Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-14-00244-CV

## Trial Court No. 28-2014

## In the Matter of the Estate of Thelma Pauline Taylor Erwin, Deceased

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Madeleine A. Beason |
| Motion fee | $15.00 | Madeleine A. Beason |
| Motion fee | $10.00 | Madeleine A. Beason |
| Clerk's record | $90.00 | Unknown |
| Indigent | $25.00 | Madeleine A. Beason |
| Required Texas.gov efiling fee | $20.00 | Madeleine A. Beason |
| Filing | $100.00 | Madeleine A. Beason |
| Supreme Court chapter 51 fee | $50.00 | Madeleine A. Beason |
| TOTAL: | $320.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 18th day of September 2015, A.D.

PAM ESTES, CLERK

By: _Katrina McClenny_

Katrina McClenny, Chief Deputy Clerk